

Shimoda Law Corp.
9401 East Stockton Boulevard
Suite #200
Elk Grove, CA 95624
Ph. (916) 525-0716
Fax (916) 760-3733
attorney@shimodalaw.com
www.shimodalaw.com

May 24, 2013

**Sent via Electronic Filing**

Judge Joseph C. Spero
Northern District Court of California
450 Golden Gate Avenue,
Courtroom G, 15th Floor
San Francisco, CA 94102

      Re:    *Julie Lane v. The Tides Inn, et al.*
               Case No. 3:13-cv-00930-JCS

Hon. Joseph C. Spero,

    May this letter serve as notice that Justin P. Rodriguez intends to appear by telephone for the Case Management Conference and Pretrial Conference in the above-referenced matter scheduled on Friday, May 31, 2013 at 1:30 pm in Courtroom G of this Court. Mr. Rodriguez can be reached at (916) 760-3736. If you have any questions or concerns, do not hesitate to call.

DAted: 5/29/13

                                                Very truly yours,

                                                **Shimoda Law Corp.**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Joseph C. Spero]*

                                          /s/ Justin P. Rodriguez
                                          Justin P. Rodriguez

GTS:jpr
cc: Michelle Heverly via electronic mail
    mheverly@littler.com